UNITED STATES DISTRICT COURT

DISTRICT OF DELAWARE

UNITED STATES OF AMERICA,         )
                                  )
            Plaintiff,            )
                                  )
                                  )  CASE NO. 08-18M
    vs.                           )
                                  )
  **MARCUS DRYDEN**               )
                                  )
            Defendant.            )

### O R D E R

The financial inability of the defendant to retain counsel having been established by the Court, and the defendant not having waived the appointment of counsel,

It is on this **1ST** day of **FEBRUARY**, 2008,

ORDERED that **Edson A. Bostic, Esq.**, from the Office of the Federal Public Defender for the District of Delaware is hereby appointed to represent said defendant in the cause until further order of the Court.

                                  _____
                                  Honorable Mary Pat Thynge
                                  U.S. Magistrate Judge


cc: Federal Public Defender
    First Federal Plaza, Suite# 110
    704 King Street
    Wilmington, DE  19801
    (302) 573-6010

    Defendant
    United States Attorney