IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Criminal Action No. 08-mj-18 |
| | ) |
| MARCUS DRYDEN, | ) |
| | ) |
| Defendant. | ) |

### ENTRY OF APPEARANCE AND SUBSTITUTION OF COUNSEL

PLEASE enter the appearance of Assistant United States Attorney Seth M. Beausang as attorney of record, in place of Special Assistant United States Attorney Martin Charles Meltzer, on behalf of the United States of America in the above-captioned matter.

Dated: February 5, 2008.

                Respectfully submitted,

                COLM F. CONNOLY
                United States Attorney

                /s/ Seth M. Beausang
                Seth M. Beausang (DE I.D. No. 4071)
                Assistant United States Attorney
                1007 N. Orange Street, Suite 700
                P.O. Box 2046
                Wilmington, Delaware 19899-2046
                (302) 573-6277, ext. 149
                (302) 573-6220 (fax)